

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00561-CR

RUTH MAREE LARA                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Ruth Maree Lara attempts to appeal from her conviction for possession of less than one gram of heroin. The trial court's certification states that this is "a plea-bargained case and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On November 21, 2013, we notified Lara that the appeal would be dismissed pursuant to the trial court's certification unless she or

---

[1]*See* Tex. R. App. P. 47.4.

any party desiring to continue the appeal filed a response on or before December 2, 2013, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 16, 2014